

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

BINSLAS ANILUS,
    Debtor

Ch. 13

13-15016-MSH

**Order**

The holder of the claim, U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust, having filed its response (#149) to the trustee's notice of final cure payment, which response indicates outstanding post-petition arrearages, if the debtor disputes the response or seeks other relief the debtor shall file a motion pursuant to FRBP 3002.1(h), serve such motion on the holder of the claim and on the chapter 13 trustee, and file a certificate of service with the court. Failure to file a motion may result in the closing of the case.

By the Court,

Melvin S. Hoffman
Chief Judge

Dated: 11/13/2018