

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BINSLAS ANILUS,<br>    Debtor | Ch. 13<br><br>13-15016-MSH |

### Order

Order # 150 is vacated in its entirety and replaced with the following order:

The holder of the claim, U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust, having filed its response (#149) to the chapter 13 trustee's Notice of Final Cure Payment, which indicates outstanding post-petition mortgage payments, if the debtor and/or the chapter 13 trustee dispute the response or seek other relief, they shall file, on or before December 31, 2018, a motion pursuant to Fed. R. Bankr. P. 3002.1(h), serve such motion on the holder of the claim and all other parties in interest, and file a certificate of service with the court, failing which the court may enter an order that includes a finding that the debtor is not current post-petition on the mortgage with U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 12/10/2018