# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Binslas Anilus

Chapter 13
Case No. 13-15016 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

As the response to the trustee's Notice of Final Cure payment filed by the holder of the claim U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust, indicates outstanding post-petition arrearages, and as the Debtor filed no motion pursuant to FRBP 3002.1(h) or any other pleading seeking relief, the court finds that the Debtor is not current with the mortgage with U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust.

By the Court,

_Melvin S. Hoffman_ (signature)

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: January 10, 2019